**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00183-CV**

_____

**IN THE MATTER OF T.M.**

**On Appeal from the County Court at Law No. 1**
**Montgomery County, Texas**
**Trial Cause No. 16-05-05621-JV**

**ORDER**

T.M. filed a notice of appeal of the trial court's April 6, 2018 order modifying the disposition of the trial court's March 20, 2017 order of probation for determinate sentencing. T.M.'s parent, O.M., filed a brief. On July 11, 2019, we noted that no brief had been filed on behalf of T.M. and asked the parties if the case should be remanded to the trial court for a hearing to determine whether T.M. desires to appeal. We received a response from the attorney who filed notice of appeal for T.M. but it

1

has not been shown to the satisfaction of this Court that T.M. desires to appeal and adopt the brief filed by O.M.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for a hearing at which T.M. shall be personally present. The trial court shall determine whether T.M. has waived the right to appeal, and if not, whether T.M. desires to appeal and whether T.M. desires to adopt the brief of O.M. All appellate timetables are suspended pending resolution of this matter in the trial court. A supplemental clerk's record containing any orders and findings made by the trial court pursuant to this Order, together with a reporter's record of any hearings conducted by the trial court, shall be filed with the Court of Appeals by September 9, 2019.

ORDER ENTERED August 8, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.